■ In the Matter of STEPHEN J. EMBRICH, True Name STEPHEN EMBEICH, Petitioner, v EDWIN TORRES, Respondent. — Application for a writ of prohibition and mandamus and for other relief unanimously denied in all respects and the petition dismissed as academic, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Sullivan, Ross, Carro and Alexander, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALAN BIRNBAUM, Appellant. — Judgment of resentence, Supreme Court, New York County (Soloff, J.), rendered on October 15, 1981, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Kupferman, J. P., Sandler, Asch, Lynch and Milonas, JJ.